1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RUDY URENA, VICTOR URENA, and FRANK CONTRERAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EARTHGRAINS DISTRIBUTION, LLC, EARTHGRAINS BAKING CO., INC., and DOES 1 through 10, inclusive,,<br><br>Defendant. | Case No. 8:16-cv-00634-CJC-DFMx<br><br>[Discovery Document: Referred to Magistrate Judge Douglas F. McCormick]<br><br>**ORDER ON ENTRY OF STIPULATED PROTECTIVE ORDER** |
|---|---|

1  The Court having reviewed the [Proposed] Stipulated Protective Order
2  between Plaintiffs RUDY URENA, VICTOR URENA, and FRANK
3  CONTRERAS and Defendants EARTHGRAINS DISTRIBUTION, LLC and
4  EARTHGRAINS BAKING CO., INC. (the "Stipulated Protective Order"), and
5  FOR GOOD CAUSE SHOWN, HEREBY ORDERS that the parties' Stipulated
6  Protective Order is **APPROVED** as requested.

   **IT IS SO ORDERED.**

DATED: August 10, 2016

_____
Honorable Douglas F. McCormick
United States Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES