UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 16-00634-CJC(DFMx)            Date: December 13, 2016

Title: RUDY URENA AND VICTOR URENA V. EARTHGRAINS DISTRIBUTION, LLC, AND EARTHGRAINS BAKING CO., INC.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO CONTINUE CLASS CERTIFICATION DEADLINE** [Dkt. 43]

      Plaintiffs' *ex parte* application seeks to continue the class certification deadline, currently calendared for January 30, 2017, (Dkt. 19), by 90 days, (Dkt. 43). Plaintiffs' application is GRANTED for essentially the same reasons stated in the application. Accordingly, Plaintiffs' deadline to file their motion for class certification is continued to **May 1, 2017**. Defendants shall have **30 days** from the filing of the opening papers to file their opposition. Plaintiffs may file their reply papers within **21 days** of the filing of the opposition. The Court shall hear the motion on **July 17, 2017, at 1:30 p.m.** Any further request for a continuance in this case, however, will be strongly disfavored.

nhm

MINUTES FORM 11
CIVIL-GEN                                                                                   Initials of Deputy Clerk MKU