1  Barbara J. Miller (SBN 167223)
   MORGAN, LEWIS & BOCKIUS LLP
2  600 Anton Boulevard Suite 1800
   Costa Mesa, CA 92626
3  Telephone: 714-830-0600
   Fax: 714-830-0700
4  barbara.miller@morganlewis.com

5  Michael J. Puma (*Admitted Pro Hac Vice*)
   MORGAN, LEWIS & BOCKIUS LLP
6  1701 Market Street
   Philadelphia, PA 19103-2921
7  Telephone: 215-963-5000
   Fax: 215-963-5001
8  michael.puma@morganlewis.com

9  *Attorneys for Defendants*
   EARTHGRAINS DISTRIBUTION, LLC and
10 BIMBO BAKERIES USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RUDY URENA and VICTOR URENA, on behalf of themselves and all other similarly situated, | Case No. 8:16-cv-00634 |
|---|---|
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| EARTHGRAINS DISTRIBUTION, LLC, BIMBO BAKERIES USA, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiffs Rudy Urena and Victor Urena, and Defendants Earthgrains Distribution, LLC ("Earthgrains") and Bimbo Bakeries USA, Inc. ("BBUSA") (collectively referred to as "the Parties"), by and through their attorneys of record, hereby stipulate that Plaintiffs' claims in the above-captioned action are dismissed with prejudice, in their entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own fees and costs.

Respectfully submitted this 19th day of January, 2018.

Dated: January 19, 2018          RUKIN HYLAND LLP

                                 By  */s/ Peter S. Rukin*
                                     Peter S. Rukin
                                     Attorneys for Plaintiffs


Dated: January 19, 2018          MORGAN, LEWIS & BOCKIUS LLP

                                 By  */s/ Barbara J. Miller*
                                     Barbara J. Miller
                                     Attorneys for Defendant


Dated: January 19, 2018          MORGAN, LEWIS & BOCKIUS LLP

                                 By  */s/ Michael J. Puma*
                                     Michael J. Puma, Esq.
                                     (admitted *pro hac vice*)
                                     Attorneys for Defendant

## **ATTESTATION**

I, Barbara J. Miller, am the ECF user whose identification and password are being used to file this Joint Stipulation for Dismissal with Prejudice. In compliance with Civil L.R. 5-4.3.4, I hereby attest that all other signatories, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 19, 2018       MORGAN LEWIS & BOCKIUS LLP

By: /s/ Barbara J. Miller