# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# JS-6

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 16-00634-CJC (DFMx) | Date | January 22, 2018 |
| Title | Rudy Urena et al v. Earthgrains Distribution, LLC et al | | |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS CASE WITH PREJUDICE

The Court, having been advised by the collective Defendants that this action has been resolved by a Joint Stipulation to Dismiss Case [95], hereby orders this action dismissed WITH PREJUDICE. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                    - : -

                                                    Initials of Deputy Clerk    mku